UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:12cr386 |
| ) | |
| v. ) | ORDER UNSEALING INDICTMENT |
| ) | AND ARREST WARRANTS |
| JOHN FEMENIA, et al ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, to unseal the Indictment and Arrest Warrants,

**IT IS HEREBY ORDERED** that the Bill of Indictment and Arrest Warrants shall be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13th day of December, 2012

_____
UNITED STATES MAGISTRATE JUDGE
Dist.