IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00386-1-RJC-DSC

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| JOHN W. FEMENIA, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [Ellen Marie Murphy]" (document #29) filed December 19, 2012. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 19, 2012

David S. Cayer
United States Magistrate Judge