UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00386-RJC

| | |
|---|---|
| **USA,** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) |
| **JOHN W. FEMENIA,** | ) |
| Defendant(s). | ) |

**THIS MATTER** is before the Court upon request of the defendant for permission to travel between January 18 and 21, 2013, to Londonderry Vermont. (Letter dated January 17, 2013). Neither the United States Attorney's Office nor the United States Probation Office opposes the request.

For the reasons stated in the letter, the Court finds good cause to allow the temporary modification of the defendant's release conditions.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED** and the defendant may travel to Londonderry, Vermont, between January 18 and 21, 2013. The defendant shall inform the USPO of his location at all times. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 18, 2013

Robert J. Conrad, Jr.
Chief United States District Judge